IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–00270–EWN–MEH

MILTON BROWN,

    Applicant,

v.

CARL ZENON and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed April 25, 2005. Plaintiff has objected to the recommendation and moved to amend his complaint. I have conducted the requisite *de novo* review of the issues, the record, the recommendation, and the objections. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. I also agree that the magistrate judge has accurately assessed the motion to amend as futile. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The case is hereby DISMISSED with prejudice.

3. The motion to amend (#17) is DENIED.

4.  All other pending motions are DENIED as moot.

DATED this 31st day of March, 2006.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        United States District Judge